IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60647
Summary Calendar
_____

LARRY STEPHEN PERRY,

Plaintiff-Appellant,

versus

MARK MILLER,
UNIVERSITY OF SOUTHERN MISSISSIPPI,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:95-CV-126
- - - - - - - - - -
March 12, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Larry Stephen Perry appeals the district court's dismissal of his 42 U.S.C. § 1983 civil rights complaint. The district court dismissed his action for failure to prosecute under Fed. R. Civ. P. 41(b) and ordered that Perry pay monetary sanctions for Perry's failure to comply with local rules. The district court did not abuse its discretion in dismissing the action without prejudice for failure to prosecute or in imposing monetary sanctions for Perry's failure to comply with local rules. McCullough v. Lynaugh, 835 F.2d 1126, 1127 (5th Cir.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

1988); see United States v. Wilkes, 20 F.3d 651, 653 (5th Cir. 1994).

AFFIRMED.